### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PSARA ENERGY, LTD., | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:16-CV-_____ |
| v. | § | |
| | § | JUDGE_____ |
| SPACE SHIPPING, LTD; ADVANTAGE | § | |
| ANTHEM SHIPPING, LLC; GENEL | § | MAG. JUDGE_____ |
| DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN | § | |
| LINES; GEDEN HOLDINGS, LTD; | § | ADMIRALTY |
| ADVANTAGE TANKERS, LLC; | § | |
| ADVANTAGE HOLDINGS, LLC; FORWARD | § | |
| HOLDINGS, LLC; MEHMET EMIN | § | |
| KARAMEHMET; and GULSUN NAZLI | § | |
| KARAMEHMET -WILLIAMS | § | |
| | § | |
| | § | |
| Defendants. | § | |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel of record for Plaintiff PSARA ENERGY, LTD. certifies that there are no corporate

parents, subsidiaries, or affiliates of that party, which are publicly held.


Date:   February 16, 2016                    CHALOS & CO, P.C.
        Houston, TX


                                   By:    /s/ George A. Gaitas_____
                                          George A. Gaitas
                                          State Bar No. 05879
                                          Federal Bar No. 705176
                                          7210 Tickner Street
                                          Houston, Texas 77055
                                          Telephone: 713-936-2427
                                          Fax: 866-702-4577
                                          E-mail:gaitas@chaloslaw.com

*Attorneys for Plaintiff*
PSARA ENERGY, LTD.


*Of Counsel:*

BAKER DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
James H. Roussel, Esq. (Bar No. 1496)
Christopher M. Hannan, Esq. (Bar No. 31765)
Meghan Carter, Esq. (Bar No. 35074)
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
Email: jroussel@bakerdonelson.com;
channan@bakerdonelson.com;
mcarter@bakerdonelson.com